James HARRIS, Employee–Respondent,

v.

JIM LYNCH CADILLAC/TOYOTA, INC.,
Employer/Insurer/Respondent,

and

Treasurer of the State of Missouri, as
Custodian of the Second Injury
Fund, Appellant.

No. 70797.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 25, 1997.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Karla O. Boresi, Assistant Attorney General, St. Louis, for Appellant.

Evans & Dixon, Raymond J. Flunker, Jeffrey M. Proske, St. Louis, for Respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

*ORDER*

PER CURIAM.

The Treasurer of the State of Missouri, as Custodian of the Second Injury Fund, appeals the order of the Labor and Industrial Relations Commission holding the Missouri Second Injury Fund liable for the lifetime total disability payments to employee.

Jim Lynch Cadillac/Toyota Inc.'s motion to strike appellant's brief and to dismiss appeal, taken with the case, is denied.

The award is supported by competent and substantial evidence on the whole record. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value or jurisprudential value. The judgment of the Labor

and Industrial Relations Commission is affirmed in accordance with Rule 84.16(b).